THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL J. VAN KLEECK, Appellant.

Submitted April 9, 1945; decided April 19, 1945.

*N. Le Van Haver, District Attorney,* for motion to dismiss and in opposition to motion for enlargement of time.

*William A. Kaercher* for motion for enlargement of time and in opposition to motion to dismiss.

Motion to dismiss appeal denied.

Motion to open default and for enlargement of time granted and case set down for argument during second week of May 1945, session.